UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN MAGUIRE, an individual

    Plaintiff,

v.                                Case No:  2:15-cv-710-FtM-38CM

LEE COUNTY, FLORIDA BOARD
OF COUNTY COMMISSIONERS,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. #36) filed on September 2, 2016. Plaintiff's Notice is DENIED, as Defendant has already filed its Answer and Affirmative Defenses in the matter at hand. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to properly dismiss the case at this stage all parties to this matter must sign a Joint Stipulation of Dismissal.

Accordingly, it is now **ORDERED**:

Notice of Voluntary Dismissal (Doc. #36) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.